■ In the Matter of RICHARD J. BOLMARCICH, Petitioner, v JAMES B. MELTON, as Commissioner of the Department of Motor Vehicles of the State of New York, Respondent. — Determination dated December 9, 1980 confirmed and proceeding dismissed, on the merits, with costs to the respondent to be taxed by the clerk of the Supreme Court, Queens County, under CPLR 8203, 8301. No opinion. Gibbons, J. P., O'Connor, Weinstein and Brown, JJ., concur.